UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-06-74 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| EFREM JOSEPH ARDDS, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __EFREM JOSEPH ARDDS__ , Case No. __CR. S-06-74__ , Charge __Violation of Supervised Release__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)   Defendant ordered released on 4/17/06 to probation officer who will transport him to The Effort, Inc.

Issued at __Sacramento, CA__ on __April 17, 2006__ at __9:18 am__ .

By _____
William B. Shubb
United States District Judge

Original - U.S. Marshal