UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. -06-074 WBS |
| v. | ) | |
| | ) | |
| Efrem Joseph Ardds | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       (X) Ad Prosequendum         () Ad Testificandum

Name of Detainee: **Efrem Joseph Ardds**
Detained at (custodian):       **Sacramento County Jail**

Detainee is:     a.)     (X) charged in this district by:   () Indictment   ()Information   () Complaint
                              Probation Violation (X) charging detainee with: **18 U.S.C. § 3606**
   or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)     () return to the custody of detaining facility upon termination of proceedings
   or     b.)     (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Forthwith Appearance is necessary on November 15, 2007 at 2:00 p.m. before Magistrate Judge in the Eastern District of California for an Arraignment.*

                         Signature:                     /s/ R. Steven Lapham
                         Printed Name & Phone No:   R. Steven Lapham (916) 554-2724
                         Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
       (X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on November 15, 2007** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/8/07

                                                            United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Efrem Joseph Ardds, aka Freddie Ardds, aka Efren Ardds | | Male |
| Booking or CDC #: | 09212716 | DOB: | Unknown |
| Facility Address: | 651 I Street | Race: | Unknown |
| | Sacramento, CA 95814 | | |
| | | Reference# X-3834373 | |
| Facility Phone: | 916-874-6752 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____       By: _____
                                                                                    (Signature)